No. 24-12617
_____

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

AARON ZAHN

Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 3:22-CR-00023-BJD-MCF

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PRINCIPAL BRIEF**

*USA v. Zahn*
No. 24-12617

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellant Aaron Zahn certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Albritton, A. Brian
2. Allen, Andy
3. Bray, Angela
4. Breslow, Brandon Kyle
5. Campion, John
6. City of Jacksonville, Florida
7. City of Jacksonville, Council Auditor's Office
8. City of Jacksonville, Office of General Counsel
9. Cline, John D.
10. Corsmeier, Arnold B.
11. Davis, Brian J., Hon.
12. Dykes, Melissa
13. Duva, Tysen
14. Green, April
15. Felman, James E.

16. Flanagan, Kelly

17. Foley & Lardner LLP

18. Granat, Sean Bryan

19. Howard, Alan

20. Huck, Paul C., Jr.

21. Jacksonville Electric Authority

22. Jefferson, Raquel Ramirez

23. Johnson, Camille-Lee

24. Kynes, Markman & Felman, P.A.

25. Law Office of John D. Cline

26. Lawson Huck Gonzalez, PLLC

27. Licandro, Catherine M.

28. McBride, Mitchell

29. Minchin III, Robert E.

30. Murphy, Niels P.

31. Nelson, Mullins, Riley & Scarborough, LLP

32. Newbill, Fredrick, Rev.

33. Nixon Peabody LLP

34. Pardo, David

35. Pestana, Diego M.

36. Pillsbury Wintrhop Shaw Pittman, LLP

37. Phelps Dunbar LLP

38. Richardson, Monte E., Hon.

39. Salario, Jr., Samuel J.

40. Shannon, Ann

41. Slatten, Jessica

42. Suarez, Eduardo A.

43. The Suarez Law Firm, P.A.

44. United States Attorney's Office, Middle District of Florida

45. Vinyard, Herschel T.

46. Wannemacher, Ryan

47. Wedekind, III, Lee Dilly

48. Yanes, Katherine Earle

49. Zahn, Aaron

No publicly traded company or corporation has an interest in the outcome of this appeal.

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PRINCIPAL BRIEF**

Under 11th Circuit Rule 31-2, Defendant-Appellant, Aaron Zahn ("Zahn"), respectfully requests a 70-day extension of time within which to file his principal brief, through and including January 14, 2025. As grounds, Zahn states:

1. Zahn's principal brief is currently due on November 5, 2024.

2. Zahn has not previously requested an extension of time to file his brief.

3. With due diligence and giving priority to the brief, it is not possible for Zahn's counsel to file a sufficient brief on November 5, 2024 due to (1) the complexity of the issues on appeal; (2) the volume of the record, which includes substantial pre-trial proceedings under *Kastigar v. United States*, 406 U.S. 441 (1972), followed by a four-week long jury trial; and (3) two hurricanes impacting Florida on September 26, 2024 and October 9, 2024. Both hurricanes caused substantial damage to Zahn's home. Hurricane Milton required one of appellant's chief counsel to evacuate his personal residence and caused court closures that have delayed court staff's ability to comply with trial court orders granting Zahn's appellate team access to sealed court filings and key trial video exhibits.

4. Preparing an adequate initial brief in this complex case under a normal, or even modestly extended, briefing schedule was always going to be a heavy lift. Adding the weight of the impacts and disruptions caused by Hurricanes

Helene and Milton makes the lift near-impossible. This appeal follows a four-week jury trial centered on complex facts (concerning a long-term incentive plan) and novel issues of statutory interpretation under 18 U.S.C. § 666(a)(1) and 18 U.S.C. § 1343. The record is voluminous. It includes an eight-day, pre-trial *Kastigar* proceeding that exceeds the length of most jury trials. By page-count, the filings and orders on the *Kastigar* portion of this case, alone, rival the length of many appellate records. The four-week trial transcript adds thousands of pages of testimony from dozens of witnesses—several of whom testified about complex financial and legal matters. The trial exhibits add thousands more pages to the record. In total, the record contains over 500 docket entries—some of which remain sealed to Zahn's appellate counsel. Counsel has secured from the trial court orders granting access to all sealed filings (totaling hundreds of pages), plus access to all video trial exhibits. But because of hurricane-related court closures, court staff have not yet been able to make all sealed filings and all video exhibits accessible to Zahn's appellate counsel. Without a 70-day extension of time, the factual and legal complexity of the case, the sheer volume of the record, and the substantial disruptions caused by two hurricanes, collectively, will preclude counsel from preparing an adequate brief.

    5.    Counsel certifies that, before filing this motion, he notified opposing counsel for the Government that he would be seeking a 70-day extension of time to

file Zahn's principal brief and provided opposing counsel with a copy of this motion. Opposing counsel does not object to the requested 70-day extension.

6. Pursuant to 11th Cir. R. 27-1(a)(6), defendant Zahn is not currently incarcerated, but he is presently due to surrender on October 28, 2024.[1]

Accordingly, Zahn respectfully requests a 70-day extension of time to file his principal brief, through and including January 14, 2025.

Dated: October 18, 2024        Respectfully submitted,

By:   /s/ Paul C. Huck, Jr.
PAUL C. HUCK, JR.
SAMUEL J. SALARIO, JR.
JESSICA SLATTEN
ROBERT E. MINCHIN III
Lawson Huck Gonzalez, PLLC
1700 South MacDill Avenue
Suite 300
Tampa, FL 33629
(850) 825-4334
paul@lawsonhuckgonzalez.com
samuel@lawsonhuckgonzalez.com
jessica@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com

*Counsel for Defendant-Appellant*

---

[1] Because Zahn's family home was substantially destroyed by Hurricanes Helene and Milton, Zahn has requested, and the government does not oppose, a 91-day extension of his reporting date. His "Unopposed, Time-Sensitive Motion for Extension of Reporting Date to Address Hurricane Damage to His Family's Home" is pending before the District Court.

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion for extension of time complies with the word limit for motions of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 602 words.

Dated: October 18, 2024         By:    */s/ Paul C. Huck, Jr.*
                                       Paul C. Huck, Jr.


## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                By:    */s/ Paul C. Huck, Jr.*
                                       Paul C. Huck, Jr.

4