No. 24-12617

_____

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

AARON ZAHN

Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 3:22-CR-00023-BJD-MCF

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PRINCIPAL BRIEF**

*USA v. Zahn*
No. 24-12617

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellant Aaron Zahn certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Albritton, A. Brian
2. Allen, Andy
3. Bray, Angela
4. Breslow, Brandon Kyle
5. Campion, John
6. Chang, Emily
7. City of Jacksonville, Florida
8. City of Jacksonville, Council Auditor's Office
9. City of Jacksonville, Office of General Counsel
10. Cline, John D.
11. Corsmeier, Arnold B.
12. Creed & Gowdy
13. Davis, Brian J., Hon.
14. Dykes, Melissa
15. Duva, Tysen

16. Green, April

17. Felman, James E.

18. Flanagan, Kelly

19. Foley & Lardner LLP

20. Gowdy, Bryan

21. Granat, Sean Bryan

22. Howard, Alan

23. Huck, Paul C., Jr.

24. Jacksonville Electric Authority

25. Jefferson, Raquel Ramirez

26. Johnson, Camille-Lee

27. Kynes, Markman & Felman, P.A.

28. Law Office of John D. Cline

29. Lawson Huck Gonzalez, PLLC

30. Licandro, Catherine M.

31. McBride, Mitchell

32. Minchin III, Robert E.

33. Murphy, Niels P.

34. Nelson, Mullins, Riley & Scarborough, LLP

35. Newbill, Fredrick, Rev.

36. Nixon Peabody LLP

37. Pardo, David

38. Pestana, Diego M.

39. Pillsbury Wintrhop Shaw Pittman, LLP

40. Phelps Dunbar LLP

41. Richardson, Monte E., Hon.

42. Salario, Jr., Samuel J.

43. Shannon, Ann

44. Slatten, Jessica

45. Suarez, Eduardo A.

46. The Suarez Law Firm, P.A.

47. United States Attorney's Office, Middle District of Florida

48. Vinyard, Herschel T.

49. Wannemacher, Ryan

50. Wedekind, III, Lee Dilly

51. Yanes, Katherine Earle

52. Zahn, Aaron

No publicly traded company or corporation has an interest in the outcome of this appeal.

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PRINCIPAL BRIEF**

Under 11th Circuit Rule 31-2, Defendant-Appellant, Aaron Zahn ("Zahn"), respectfully requests a 14-day extension of time within which to file his principal brief, through and including January 28, 2025. This is Zahn's second, and final, request for an extension of time. As grounds, Zahn states:

1. Zahn's principal brief was initially due on November 5, 2024.

2. On October 18, 2024, Zahn filed his unopposed motion for an extension of time to file his brief [DE 16] seeking a 70-day extension. This Court granted that motion [DE 17], and Zahn's principal brief is currently due on January 14, 2025.

3. With due diligence and giving priority to the brief, it is not possible for Zahn's counsel to file a sufficient brief on January 14, 2025. At the time of the first motion for extension, Zahn's counsel knew that the record was large and complex. But it has turned out to be even more voluminous than forecast. The transcript of the 21-day trial (including jury selection) is 4,355 pages, and many of the 336 trial exhibits are long and dense. For example, much of this case centers on decisions taken at meetings of the Jacksonville Electrical Authority board during the summer of 2019; the Government's exhibits include videos of those board meetings and the materials provided to the board prior to each meeting, all of which are highly relevant. The video of the June 25, 2019, meeting is slightly over

1

two hours long and the video of the July 23, 2019, meeting is just over three hours long.  This material is not isolated in terms of its length and density, and it has taken Zahn's counsel far more time to work through it and draft the initial brief than anticipated.

Similarly, while Zahn's counsel knew that this case includes substantial pre-trial proceedings under *Kastigar v. United States*, 406 U.S. 441 (1972) at the time of the initial motion, Zahn's counsel underestimated how expansive it was.  The *Kastigar* proceedings in this case included an 8-day hearing on a motion to dismiss and a 3-day pretrial hearing, and their combined transcripts are approximately 2,558 pages, excluding the page count of the exhibits entered during the hearings.

4. The initial brief is substantially advanced, but in light of the holiday schedules with some counsel traveling to spend time with family, completing the work on the brief and allowing everyone who needs to have input on the brief to have it will be exceptionally difficult.  Zahn's counsel therefore asks for a short, 14-day extension of time to get the brief finished up.  This is Zahn's last request for an extension on this brief.  If granted, counsel will try not to use all of the additional time but prefer to seek the extension now (and turn out not to need all fourteen additional days) rather than close to the filing date (and need them all).

5. Counsel certifies that, before filing this motion, counsel notified opposing counsel for the Government that Zahn would be seeking a 14-day

extension of time to file Zahn's principal brief and offered to provide opposing counsel with a copy of this motion. Opposing counsel does not object to the requested 14-day extension and did not require a draft of this motion before filing.

6. Pursuant to 11th Cir. R. 27-1(a)(6), defendant Zahn is not currently incarcerated, but he is due to surrender on January 27, 2025.

Accordingly, Zahn respectfully requests a 14-day extension of time to file his principal brief, through and including January 28, 2025.

Dated:  December 24, 2024        Respectfully submitted,

By:    */s/ Paul C. Huck, Jr.*
PAUL C. HUCK, JR.
SAMUEL J. SALARIO, JR.
JESSICA SLATTEN
ROBERT E. MINCHIN III
Lawson Huck Gonzalez, PLLC
1700 South MacDill Avenue
Suite 300
Tampa, FL 33629
(850) 825-4334
paul@lawsonhuckgonzalez.com
samuel@lawsonhuckgonzalez.com
jessica@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com

*Counsel for Defendant-Appellant*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion for extension of time complies with the word limit for motions of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 599 words.

Dated: December 24, 2024    By:   */s/ Paul C. Huck, Jr.*
                                  Paul C. Huck, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:   */s/ Paul C. Huck, Jr.*
      Paul C. Huck, Jr.