No. 24-12617
_____

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

AARON ZAHN

Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 3:22-CR-00023-BJD-MCF

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
REDACTED PRINCIPAL BRIEF AND APPENDIX AND TO FILE UNDER
SEAL AN UNREDACTED PRINCIPAL BRIEF AND APPENDIX**

*USA v. Zahn*
No. 24-12617

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellant Aaron Zahn certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Albritton, A. Brian
2. Allen, Andy
3. Bray, Angela
4. Breslow, Brandon Kyle
5. Campion, John
6. Chang, Emily
7. City of Jacksonville, Florida
8. City of Jacksonville, Council Auditor's Office
9. City of Jacksonville, Office of General Counsel
10. Cline, John D.
11. Corsmeier, Arnold B.
12. Creed & Gowdy
13. Davis, Brian J., Hon.
14. Dykes, Melissa
15. Duva, Tysen

16. Green, April

17. Felman, James E.

18. Flanagan, Kelly

19. Foley & Lardner LLP

20. Gowdy, Bryan

21. Granat, Sean Bryan

22. Howard, Alan

23. Huck, Paul C., Jr.

24. Jacksonville Electric Authority

25. Jefferson, Raquel Ramirez

26. Johnson, Camille-Lee

27. Kynes, Markman & Felman, P.A.

28. Law Office of John D. Cline

29. Lawson Huck Gonzalez, PLLC

30. Licandro, Catherine M.

31. McBride, Mitchell

32. Minchin III, Robert E.

33. Murphy, Niels P.

34. Nelson, Mullins, Riley & Scarborough, LLP

35. Newbill, Fredrick, Rev.

36. Nixon Peabody LLP

37. Pardo, David

38. Pestana, Diego M.

39. Pillsbury Wintrhop Shaw Pittman, LLP

40. Phelps Dunbar LLP

41. Richardson, Monte E., Hon.

42. Salario, Jr., Samuel J.

43. Shannon, Ann

44. Slatten, Jessica

45. Suarez, Eduardo A.

46. The Suarez Law Firm, P.A.

47. United States Attorney's Office, Middle District of Florida

48. Vinyard, Herschel T.

49. Wannemacher, Ryan

50. Wedekind, III, Lee Dilly

51. Yanes, Katherine Earle

52. Zahn, Aaron

No publicly traded company or corporation has an interest in the outcome of this appeal.

## APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REDACTED PRINCIPAL BRIEF AND APPENDIX AND TO FILE UNDER SEAL AN UNREDACTED PRINCIPAL BRIEF AND APPENDIX

Under 11th Cir. R. 25-3(h) and 11th Cir. R. 27-1, Defendant-Appellant, Aaron Zahn ("Zahn"), respectfully requests that this Court issue an order allowing him to file a redacted principal brief and appendix and to file under seal an unredacted principal brief and appendix. As grounds, Zahn states:

1. Zahn's principal brief is due on January 28, 2025, and the appendix is due on February 4, 2025.

2. Several portions of the district court record were filed under seal with access restricted to the Court and the parties, including substantial filings related to proceedings under *Kastigar v. United States*, 406 U.S. 441 (1972). (*See, e.g.*, ECF 112, 299, 310, 315). Zahn's principal brief will reference, and the appendix will include sealed filings containing, *Garrity*-protected testimony and grand-jury testimony.

3. The principal brief and appendix need to be filed under seal to preserve the confidentiality of records that are restricted in the district court.

4. Under 11th Cir. R. 27-1(a)(6), Zahn is not currently incarcerated, but he is due to surrender on January 27, 2025.

5. Counsel certifies that, before filing this motion, he consulted with opposing counsel for the Government, who does not object to Zahn's request.

1

Accordingly, Zahn respectfully requests that this Court issue an order allowing him to file a redacted principal brief and appendix and to file under seal an unredacted principal brief and appendix.

Dated: January 21, 2025

Respectfully submitted,

By: */s/ Samuel J. Salario, Jr.*
PAUL C. HUCK, JR.
SAMUEL J. SALARIO, JR.
JESSICA SLATTEN
ROBERT E. MINCHIN III
Lawson Huck Gonzalez, PLLC
1700 South MacDill Avenue
Suite 300
Tampa, FL 33629
(850) 825-4334
paul@lawsonhuckgonzalez.com
samuel@lawsonhuckgonzalez.com
jessica@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com

*Counsel for Defendant-Appellant*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion for extension of time complies with the word limit for motions of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 250 words.

Dated: January 21, 2025     By:  */s/ Samuel J. Salario, Jr.*
                                 Samuel J. Salario, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:  */s/ Samuel J. Salario, Jr.*
     Samuel J. Salario, Jr.