No. 24-12617
_____

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

AARON ZAHN

Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 3:22-CR-00023-BJD-MCF

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PRINCIPAL BRIEF AND APPENDIX**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellant Aaron Zahn certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Albritton, A. Brian
2. Allen, Andy
3. Bray, Angela
4. Breslow, Brandon Kyle
5. Campion, John
6. Chang, Emily
7. City of Jacksonville, Florida
8. City of Jacksonville, Council Auditor's Office
9. City of Jacksonville, Office of General Counsel
10. Cline, John D.
11. Corsmeier, Arnold B.
12. Creed & Gowdy
13. Davis, Brian J., Hon.
14. Dykes, Melissa
15. Duva, Tysen

16. Green, April

17. Felman, James E.

18. Flanagan, Kelly

19. Foley & Lardner LLP

20. Gowdy, Bryan

21. Granat, Sean Bryan

22. Howard, Alan

23. Huck, Paul C., Jr.

24. Jacksonville Electric Authority

25. Jefferson, Raquel Ramirez

26. Johnson, Camille-Lee

27. Kynes, Markman & Felman, P.A.

28. Law Office of John D. Cline

29. Lawson Huck Gonzalez, PLLC

30. Licandro, Catherine M.

31. McBride, Mitchell

32. Minchin III, Robert E.

33. Murphy, Niels P.

34. Nelson, Mullins, Riley & Scarborough, LLP

35. Newbill, Fredrick, Rev.

36. Nixon Peabody LLP

37. Pardo, David

38. Pestana, Diego M.

39. Pillsbury Wintrhop Shaw Pittman, LLP

40. Phelps Dunbar LLP

41. Richardson, Monte E., Hon.

42. Salario, Jr., Samuel J.

43. Shannon, Ann

44. Slatten, Jessica

45. Suarez, Eduardo A.

46. The Suarez Law Firm, P.A.

47. United States Attorney's Office, Middle District of Florida

48. Vinyard, Herschel T.

49. Wannemacher, Ryan

50. Wedekind, III, Lee Dilly

51. Yanes, Katherine Earle

52. Zahn, Aaron

No publicly traded company or corporation has an interest in the outcome of this appeal.

# UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PRINCIPAL BRIEF AND APPENDIX

Under 11th Circuit Rule 31-2, Defendant-Appellant, Aaron Zahn ("Zahn"), respectfully requests a 14-day extension of time within which to file his principal brief, through and including February 11, 2025, with a corresponding extension of time to file the appendix, through and including February 18, 2025. This is Zahn's third, and final, request for an extension of time. As grounds, Zahn states:

1. Zahn's principal brief was initially due on November 5, 2024.

2. On October 18, 2024, Zahn filed his unopposed motion for an extension of time to file his brief [DE 16] seeking a 70-day extension, through and including January 14, 2025. This Court granted that motion [DE 17].

3. On December 24, 2024, Zahn filed his unopposed second motion for an extension of time to file his brief [DE 19], seeking a 14-day extension. This Court granted that motion [DE 20], and Zahn's principal brief is currently due on January 28, 2025, and the appendix is due on February 4, 2025.

4. In his motion seeking a second extension, Zahn represented that it would be his final request. Unfortunately, in the interim, the undersigned, who is Zahn's lead counsel and has primary responsibility for drafting the majority of Zahn's brief and for consulting with Zahn regarding the brief, unexpectedly fell ill. Although counsel has recovered, the time lost to illness could not have been anticipated and is an extraordinary circumstance that greatly impacted counsel's

1

ability to draft and consult with Zahn about the brief. As explained in Zahn's prior motions requesting extensions, [DE 16 and 19], this is an appeal after a four-week jury trial and an eight-day *Kastigar* hearing. Because of the sheer volume of the record and complexity of the legal arguments, Zahn's other counsel could not effectively take over the undersigned's work.

Further complicating matters, although Zahn is not presently incarcerated, *see* 11th Cir. R. 27-1(a)(6), he is due to report to prison in three days—on Monday, January 27, 2025, and must spend this upcoming weekend preparing and traveling to report. Although the brief is substantially complete, Zahn will not be able to review the draft brief and consult with counsel, and counsel therefore will not be able to finalize the brief, before Zahn reports to prison. Moreover, the Court's ruling on Zahn's unopposed motion to exceed the word limit [DE 21], is pending and may require further revision to Zahn's brief. Mr. Zahn has personally requested that counsel seek an extension so that he will have time to review and consult on the brief before it is filed, but after Zahn reports to prison, it is unclear how many days he will be unavailable to consult with counsel. To ensure adequate time to finalize the brief and consult with Zahn regarding the final version of his brief, Zahn respectfully requests a final 14-day extension of time through and including February 11, 2025, to file Zahn's brief and a corresponding extension to file the appendix, through and including February 18, 2025. If the Court grants

Zahn's request, in whole or in part, counsel will only take as much of that time as necessary.

5. Counsel certifies that, before filing this motion, counsel for Zahn consulted with opposing counsel for the Government to advise that Zahn would be seeking a final 14-day extension of time to file Zahn's principal brief and to explain the circumstances prompting Zahn's unexpected third request. Opposing counsel does not object to the requested 14-day extension.

Accordingly, Zahn respectfully requests a 14-day extension of time to file his principal brief, through and including February 11, 2025, and a corresponding extension to file the appendix, through and including February 18, 2025.

Dated: January 24, 2025             Respectfully submitted,

                                    By:   /s/ Samuel J. Salario, Jr.
                                          PAUL C. HUCK, JR.
                                          SAMUEL J. SALARIO, JR.
                                          JESSICA SLATTEN
                                          ROBERT E. MINCHIN III
                                          Lawson Huck Gonzalez, PLLC
                                          1700 South MacDill Avenue
                                          Suite 300
                                          Tampa, FL 33629
                                          (850) 825-4334
                                          paul@lawsonhuckgonzalez.com
                                          samuel@lawsonhuckgonzalez.com
                                          jessica@lawsonhuckgonzalez.com
                                          bob@lawsonhuckgonzalez.com
                                          michelle@lawsonhuckgonzalez.com

                                          *Counsel for Defendant-Appellant*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion for extension of time complies with the word limit for motions of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 625 words.

Dated: January 24, 2025     By:     */s/ Samuel J. Salario, Jr.*
                                    Samuel J. Salario, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:     */s/ Samuel J. Salario, Jr.*
        Samuel J. Salario, Jr.