# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12617

_____

UNITED STATES OF AMERICA,

                                                          Plaintiff-Appellee,

*versus*

AARON ZAHN,

                                                       Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cr-00023-BJD-MCR-1

_____

ORDER:

| | | |
|---|---|---|
| 2 | Order of the Court | 24-12617 |

The motion for an extension of time to and including February 11, 2025, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE