No. 24-12617-AA

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

AARON ZAHN,
*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 3:22-CR-23-BJD-MCR-1

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME

GREGORY W. KEHOE
United States Attorney

EMILY C. L. CHANG
Assistant United States Attorney
Appellate Division
USA No. 166
400 W. Washington St., Ste. 3100
Orlando, FL 32801
(407) 648-7500

April 8, 2024

*United States v. Aaron Zahn*
No. 24-12617-AA

## Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entities have an interest in the outcome of this case:

1. Albritton, A. Brian, Assistant United States Attorney;
2. Altman, Jennifer G., Esq.;
3. Barksdale, Hon. Patricia D., United States Magistrate Judge;
4. Birk, Edward L., Esq.;
5. Bray, Angela, former Assistant United States Attorney;
6. Breslow, Brandon Kyle, Esq.;
7. Chang, Emily C. L., Assistant United States Attorney;
8. City of Jacksonville, Neighborhood Code Enforcement Division;
9. Corsmeier, Arnold B., Assistant United States Attorney;
10. Cox Media Group Jacksonville, owner of WJAX-TV;
11. Davis, Hon. Brian J., United States District Judge;
12. Duva, Andrew Tysen, Assistant United States Attorney;
13. First Coast News;
14. Florida Times-Union;
15. Fugate, Rachel E., Esq.;
16. Galeno, Maria T., Esq.;

C-1 of 3

17. Graham Media Group, Florida, Inc.;

18. Handberg, Roger B., former United States Attorney;

19. Howard, Hon. Marcia Morales, United States District Judge;

20. Huck, Paul Courtney, Jr., Esq.;

21. Jefferson, Raquel Ramirez, Esq.;

22. Kehoe, Gregory W., United States Attorney;

23. Lambert, Hon. Laura Lothman, United States Magistrate Judge;

24. Mansfield, Jennifer A., Esq.;

25. McBride, Mitchell, Esq.;

26. Minchin, Minch, Esq.;

27. Minchin, Robert E., III, Esq.;

28. Pardo, David, Assistant United States Attorney;

29. Pestana, Diego M., Esq.;

30. Pope, Marcia L., Esq.;

31. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

32. Richardson, Hon. Monte C., United States Magistrate Judge;

33. Salario, Samuel J., Jr., Esq.;

34. Shannon, Ann, former Assistant United States Attorney;

35. Slatten, Jessica, Esq.;

36. Suarez, Eduardo A., Esq.;

37. Sweeney, Sara C., former Acting United States Attorney;

38. Toomey, Hon. Joel B., United States Magistrate Judge;

39. Van Son, John R., Esq.; and

40. Zahn, Aaron, defendant-appellant.

No publicly traded company or corporation has an interest in the outcome of this appeal.

## In the United States Court of Appeals
## for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.     No. 24-12617-AA

AARON ZAHN,
    *Defendant-Appellant*

### United States' Unopposed Motion for Extension of Time

The United States respectfully requests an extension of time of 90 days, until July 16, 2025, to file its brief in this case. The brief for the United States is presently due on April 17, 2025. This is our second request for an extension of time. The requested additional time is necessary for the following reasons:

    1.    I am primarily responsible for preparing the United States' brief in this appeal, in which Aaron Zahn argues that: (1) the United States failed to allege or prove a traditional property interest in the City of Jacksonville's hands; (2) the United States failed to prove that the scheme would proximately cause a property loss; (3) the United States failed to prove that the alleged scheme would defraud the City of money; (4) the district court failed to properly instruct the jury on "property" and causation; (5) the district court erroneously denied judgment of acquittal on the "causation" and "for the

purpose of executing" elements of 18 U.S.C. § 1343; (6) the district court erroneously denied judgment of acquittal on the "benefits" and "agency" elements of section 666; (7) the district court constructively amended the indictment; (8) the district court erred by refusing to dismiss the indictment on *Kastigar* grounds, and its *Kastigar* findings rest on three legal errors, any one of which requires reversal; and (9) the district court's harmless-error determination was erroneous.

    2.    After a 17-day trial, a jury convicted Zahn of (1) Conspiracy to Embezzle and Steal Municipal Property and (2) Wire Fraud. Doc. 488. The district court sentenced him to a 48-month term of imprisonment. Doc. 542 at

    3.    This is the United States' first request for an extension. I need additional time to review the lengthy record (which, in addition to trial, included weeks of *Kastigar* hearings) and research the array of issues that Zahn raises. A motion for copies of certain sealed documents also remains pending in the district court.

    4.    In addition, our appellate division has recently experienced significant staffing challenges. One attorney retired, and significant health issues have incapacitated another attorney. Yet another attorney continues to suffer persistent health issues that prevent that individual from working for the foreseeable future. We are also under a hiring freeze, so the recent influx of

even more appeals must be distributed among a much smaller pool than usual. Consequently, in addition to working on the response brief in Zahn's case, I have been handling multiple other assignments, including review of colleagues' briefs and preparing a colleague for oral argument in the case of *United States v. Davion Rivers*, No. 22-14159.

5. For these reasons, I will not be able to complete the United States' brief in this appeal by the current deadline of April 17, 2025. I anticipate that a 90-day extension of time will allow sufficient time for me to prepare the response brief, submit it for review, and incorporate my reviewer's feedback.

6. Opposing counsel does not oppose the motion.

Therefore, the United States requests an extension of 90 days, until July 16, 2025, to file its brief in this case.

          Respectfully submitted,

          GREGORY W. KEHOE
          United States Attorney

By:   *s/ Emily C. L. Chang*
      EMILY C. L. CHANG
      Assistant United States Attorney
      Appellate Division
      USA No. 166
      400 W. Washington St., Ste. 3100
      Orlando, FL 32801
      (407) 648-7500
      emily.chang@usdoj.gov

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 522 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

## Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on April 8, 2025, to:

SAMUEL J. SALARIO, JR., ESQ.
*Counsel for Aaron Zahn*

*s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
