# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12617

_____

UNITED STATES OF AMERICA,

                                                                                                             Plaintiff-Appellee,

*versus*

AARON ZAHN,

                                                                                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cr-00023-BJD-MCR-1

_____

Before LUCK and ABUDU, Circuit Judges.

| 2 | Order of the Court | 24-12617 |

BY THE COURT:

On its own motion, this Court VACATES its order dated March 4, 2025. Upon reconsideration, this Court GRANTS the Appellant's motion to use excess words filed on January 21, 2025, and accepts the principal brief filed on February 11, 2025.

Appellee's motion to use excess words in the response brief is GRANTED. Appellee may file a response brief that does not exceed 23,000 words within 14 days of the date of this order.