# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12617

_____

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

*versus*

AARON ZAHN,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cr-00023-BJD-MCR-1

_____

2                          Order of the Court                      24-12617

ORDER:

    Appellee's unopposed motion to file its unredacted response brief under seal is GRANTED.


                                                /s/ Robert J. Luck
                                                UNITED STATES CIRCUIT JUDGE