No. 24-12617
_____

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

AARON ZAHN

Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 3:22-CR-00023-BJD-MCF

**AARON ZAHN'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME (THREE BUSINESS DAYS) TO FILE REPLY BRIEF**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellant Aaron Zahn certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Albritton, A. Brian
2. Allen, Andy
3. Bray, Angela
4. Breslow, Brandon Kyle
5. Campion, John
6. Chang, Emily
7. City of Jacksonville, Florida
8. City of Jacksonville, Council Auditor's Office
9. City of Jacksonville, Office of General Counsel
10. Cline, John D.
11. Corsmeier, Arnold B.
12. Creed & Gowdy
13. Davis, Brian J., Hon.
14. Dykes, Melissa
15. Duva, Tysen

16. Green, April

17. Felman, James E.

18. Flanagan, Kelly

19. Foley & Lardner LLP

20. Gowdy, Bryan

21. Granat, Sean Bryan

22. Howard, Alan

23. Huck, Paul C., Jr.

24. Jacksonville Electric Authority

25. Jefferson, Raquel Ramirez

26. Johnson, Camille-Lee

27. Kynes, Markman & Felman, P.A.

28. Law Office of John D. Cline

29. Lawson Huck Gonzalez, PLLC

30. Licandro, Catherine M.

31. McBride, Mitchell

32. Minchin III, Robert E.

33. Murphy, Niels P.

34. Nelson, Mullins, Riley & Scarborough, LLP

35. Newbill, Fredrick, Rev.

36. Nixon Peabody LLP

37. Pardo, David

38. Pestana, Diego M.

39. Pillsbury Wintrhop Shaw Pittman, LLP

40. Phelps Dunbar LLP

41. Richardson, Monte E., Hon.

42. Salario, Jr., Samuel J.

43. Shannon, Ann

44. Slatten, Jessica

45. Suarez, Eduardo A.

46. The Suarez Law Firm, P.A.

47. United States Attorney's Office, Middle District of Florida

48. Vinyard, Herschel T.

49. Wannemacher, Ryan

50. Wedekind, III, Lee Dilly

51. Yanes, Katherine Earle

52. Zahn, Aaron

No publicly traded company or corporation has an interest in the outcome of this appeal.

## AARON ZAHN'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE AND SERVE REPLY BRIEF

Because of a medical issue and an obligation to respond to another court on an expedited basis that did not exist and were not anticipated when last seeking an extension of time, Mr. Zahn respectfully requests, in accord with 11th Cir. Rule 31-2(d), an extension of 3 business days to file and serve his reply brief, through and including November 17, 2025. The government does not oppose this request.

1.     The reply brief is due on November 12, 2025. Considering both the unusual size and complexity of the record and appeal—including a four-week trial, an eight-day pretrial hearing, thousands of pages of exhibits, and a 23,000-word response brief from the government—and significant competing demands on counsel's time (including a trial), the Court granted a second extension (of 21 days) of time to file his reply to that date on October 17, 2025. (DE 53, 54). Mr. Zahn previously received a 30-day over-the-phone extension. (DE 49).

2.     When seeking a second extension, counsel stated that it would be the last extension that would be sought, and counsel have worked diligently on the brief. Unfortunately, two issues that neither existed nor were anticipated when counsel requested the second extension later arose and require seeking an extension of three business days, from November 12 to November 17.

3.     The first was an unanticipated medical issue—ultimately determined to be two teeth cracked through the roots and infection—affecting undersigned

1

counsel, who has primary responsibility for the brief. This required treatment at the hospital on October 25 and October 27, treatment by an endodontist on October 31, and upcoming treatment by an oral surgeon. Because the pain was difficult to manage, it required strong painkillers. This issue resulted in a significant loss of time and ability to work during the last week of October.

4. The second issue was an unanticipated need to respond to a motion to stay a trial court order pending review of a petition in Florida's Second District Court of Appeal (Case No. 2D2025-2791). Because the order requires compliance in the near-term, undersigned counsel was directed to respond by November 3. After being granted a two-day extension for the reasons described above, undersigned counsel filed the response on November 5. Because that required material development of merits issues, it likewise absorbed significant time that would otherwise have been devoted to the reply brief.

5. Notwithstanding these issues, counsel initially hoped not to seek any further extension. However, given the loss of time they caused, they respectfully request a short extension of three business days, from Wednesday, November 12 to Monday, November 17 in which to complete the reply brief.

6. In accord with 11th Cir. Rules 26-1 and 27-1(a)(5), counsel certifies that, before filing this motion, counsel conferred with counsel for the government

2

and that the government has no objection to the requested extension. Pursuant to 11th Cir. Rule 27-1(a)(6), Mr. Zahn is currently incarcerated.

Accordingly, Mr. Zahn respectfully requests that the Court grant a 3-business-day extension of time to file his reply brief, through and including November 17, 2025.

Dated: November 7, 2025               Respectfully submitted,

                                By:   */s/ Samuel J. Salario, Jr.*
                                      PAUL C. HUCK, JR.
                                      SAMUEL J. SALARIO, JR.
                                      JESSICA SLATTEN
                                      ROBERT E. MINCHIN III
                                      Lawson Huck Gonzalez, PLLC
                                      1700 South MacDill Avenue
                                      Suite 240
                                      Tampa, FL 33629
                                      (850) 825-4334
                                      paul@lawsonhuckgonzalez.com
                                      samuel@lawsonhuckgonzalez.com
                                      jessica@lawsonhuckgonzalez.com
                                      bob@lawsonhuckgonzalez.com
                                      michelle@lawsonhuckgonzalez.com

                                      *Counsel for Defendant-Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the word limit for motions of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 527 words.

Dated: November 7, 2025      By:    */s/ Samuel J. Salario, Jr.*
                                                          Samuel J. Salario, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Samuel J. Salario, Jr.*
Samuel J. Salario, Jr.